UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD DILL,

    Plaintiff,                                        Case No. 3:20-cv-373

vs.

DRAKE-STATE AIR, INC.,               District Judge Michael J. Newman

    Defendant.

**ORDER: DIRECTING COUNSEL TO FILE A MOTION WITHIN 10 DAYS IF THEY SEEK RELIEF FROM THE COURT**

This civil case came before the Court for a status conference on April 7, 2021 at 11:00 a.m. Attorneys Brad Gibson and Zachary Swisher participated. A number of issues were discussed. If the parties seek any relief from the Court, counsel shall file a motion within 10 days of the issuance of this Order.

     **IT IS SO ORDERED.**

Date:   April 8, 2021                                s/Michael J. Newman
                                                                  Michael J. Newman
                                                                  United States District Judge