AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| RONALD DILL, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:20-cv-373 |
| DRAKE-STATE AIR, INC., et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   THE COURT ORDERS - STAYING DISTRIBUTION OF CLASS NOTICE; (3) DISMISSING THIS CASE
WITH PREJUDICE
.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Michael J. Newman _____ on a motion for
Settement
.

Date:   7/14/21
_____

CLERK OF COURT

*Signature of Clerk or Deputy*